UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LETICIA JOY ARCINIEGA,<br><br>　　　　　Debtor.<br>_____<br><br>LETICIA JOY ARCINIEGA,<br><br>　　　　　Defendant-Appellant,<br>v.<br><br>JAMES CLARK,<br><br>　　　　　Plaintiff-Appellee. | Case No. 5:19-CV-01383-JLS<br><br>Adv. Case No. 6:11-AP-01735-SY<br><br>BK Case No. 6:11-BK-15412-SY |

　　Judgment is hereby entered in accordance with the Court's March 3, 2021 Order Vacating and Remanding Bankruptcy Court Judgment and the Court's November 18, 2021 Order Denying Motion for Rehearing.

DATED: July 6, 2022

CLERK, U. S. DISTRICT COURT

　/s/
_____
Kane Tien, Deputy Clerk

cc: Bankruptcy Court